UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSE SANCHEZ a/k/a RON RIVERA (Prisoner # C53210),<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY BOARD OF SUPERVISORS; et al.,<br><br>Defendants.<br>_____/ | No. C 14-1858 LB<br><br>**ORDER OF DISMISSAL** |

Jose Sanchez a/k/a Ron Rivera, an inmate at the Old Colony Correctional Center in Bridgewater, Massachusetts, filed this *pro se* civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint pursuant to 28 U.S.C. § 1915A and dismissed it for failure to state a claim upon which relief may be granted. The court granted leave to Mr. Rivera to file an amended complaint by July 25, 2014, and cautioned that the action would be dismissed if he did not file an amended complaint by that deadline. Mr. Rivera did not file an amended complaint or otherwise respond to the order of dismissal with leave to amend. Accordingly, this action is dismissed because the complaint fails to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 21, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-1858 LB
ORDER